1  BARRY J. PORTMAN
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor Federal Building–Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant JOSHUA PRATCHARD
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )      No. CR-08-0553 MMC
                                         )
12         Plaintiff,                    )
                                         )
13         v.                            )      [PROPOSED] ORDER REGARDING
                                         )      DEFENDANT'S SENTENCE
14  JOSHUA PRATCHARD,                    )
                                         )
15         Defendant.                    )
    _____)
16

17                              **ORDER**

18         The defendant has admitted to the two counts charged in the Probation Violation Form

19  12, filed July 25, 2011.  Accordingly, the defendant's probation is REVOKED.  By agreement of

20  both parties and the probation office, the defendant is re-sentenced as follows:

21         The defendant is re-sentenced to one day of custody and thirteen months of supervised

22  release. 18 U.S.C. § 3583.  His one day of custody shall be served immediately following the

23  conclusion of the revocation hearing in this case.  Specifically, the United States Marshals

24  Service shall take custody of him for one hour and then release him.

25         As a condition of supervised release, the defendant is ordered to serve two weeks plus

26  sixteen weekends in custody.  18 U.S.C. §§ 3583(d); 3563(b)(10).

| | |
|---|---|
| 1 | The defendant's custody while on supervised release shall be served as follows: |
| 2 | ● 14 days of continuous custody from December 23, 2011, through January 5, 2012. |
| 3 | ● 16 weekends of custody, where the defendant will report no later than 8:00 a.m. |
| 4 | on Saturday and be released by 5:00 p.m. on Sunday, on the following dates: |
| 5 | ● October 15-16 |
| 6 | ● October 22-23 |
| 7 | ● October 29-30 |
| 8 | ● November 5-6 |
| 9 | ● November 19-20 |
| 10 | ● November 26-27 |
| 11 | ● December 3-4 |
| 12 | ● December 10-11 |
| 13 | ● December 17-18 |
| 14 | ● January 7-8 |
| 15 | ● January 14-15 |
| 16 | ● January 21-22 |
| 17 | ● January 28-29 |
| 18 | ● February 4-5 |
| 19 | ● February 11-12 |
| 20 | ● February 18-19 |
| 21 | Pursuant to 18 U.S.C § 3583(d), all previous conditions of the defendant's probation are |
| 22 | now imposed as conditions of the defendant's supervised release, with the following |
| 23 | modifications: |
| 24 | ● the condition that the defendant be placed on electronic monitoring shall be removed; |
| 25 | ● the condition that the defendant complete 200 hours of community service at a rate of no |
| 26 | less than 25 hours a month shall be suspended until March 2012. |

1    IT IS SO ORDERED.

2

3    September 15, 2011
     DATED                              MAXINE M. CHESNEY
4                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[Proposed] Order Re: Sentence;
*United States v. Pratchard*, 08-553 MMC          3